CENTER FOR DISABILITY ACCESS
RAY BALLISTER, JR., ESQ., SBN 111282
RUSSELL HANDY, ESQ., SBN 195058
FAYTHE GUTIERREZ, ESQ., SBN 310430
8033 LINDA VISTA ROAD, SUITE 200
SAN DIEGO, CA 92111
(858) 375-7385; (888) 422-5191 FAX
faytheg@potterhandy.com
    ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Raul Uriarte-Limon**,<br><br>    Plaintiff,<br><br>    v.<br><br>**James E. Hundley**, in individual and representative capacity as trustee of the Hundley Family Trust dated December 21, 1984;<br>**Lois A. Hundley**, in individual and representative capacity as trustee of the Hundley Family Trust dated December 21, 1984;<br>**Extreme Backyard Designs, Inc.**, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case 5:20-cv-00640-JGB-SP<br><br>**Plaintiff's Application for Default Judgment by Court Against James E. Hundley, Lois A. Hundley and Extreme Backyard Designs, Inc.**<br><br>Date:   October 26, 2020<br>Time:  9:00 a.m.<br>Ctrm:  1 |

    To Defendants James E. Hundley, Lois A. Hundley and Extreme Backyard Designs, Inc., and the attorneys of record, if any: Please take notice that on October 26, 2020, at 9:00 a.m., or as soon thereafter as this matter may be heard by this Court located at the 3470 Twelfth Street, Courtroom 1,

1

Riverside, CA 92501, Plaintiff Raul Uriarte-Limon, will present his application for default judgment against defendants James E. Hundley, Lois A. Hundley and Extreme Backyard Designs, Inc. The defaults were entered against defendants James E. Hundley and Lois A. Hundley on May 6, 2020, and against defendant Extreme Backyard Designs, Inc., on June 24, 2020.

At the time and place of hearing, plaintiff will present proof of the following matters: (1) Defendant Extreme Backyard Designs, Inc. is a business entity and defendants James E. Hundley and Lois A. Hundley are not minors or incompetent persons or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendants James E. Hundley, Lois A. Hundley and Extreme Backyard Designs, Inc., have not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendants on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, and the Unruh Civil Rights Act.

The Plaintiff seeks

- $4,000.00 damages judgment against defendants James E. Hundley and Lois A. Hundley; and
- $4,000.00 damages judgment against defendant Extreme Backyard Designs, Inc.; and
- $4,965.00, jointly and severally, against defendants James E. Hundley, Lois A. Hundley and Extreme Backyard Designs, Inc. for attorneys' fees and costs.

Additionally, plaintiff seeks an order directing the defendants to provide wheelchair accessible parking space, wheelchair accessible paths of travel leading to and inside the store and wheelchair accessible sales counter at Extreme Backyard Designs store at 2330 S. Vineyard Avenue, Ontario, California. This application is based on this notice, the declarations

submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this the original application for default judgment by court was served on defendants James E. Hundley, Lois A. Hundley and Extreme Backyard Designs, Inc., on September 8, 2020, by first class United States Mail, postage prepaid.

Dated: September 8, 2020                    CENTER FOR DISABILITY ACCESS

By: */s/ Faythe Gutierrez*
Faythe Gutierrez, Esq.,
Attorney for Plaintiff