JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| RAUL URIARTE-LIMON<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES E. HUNDLEY, et al.,<br><br>　　　　Defendants. | Case No. 5:20-cv-00640-JGB (SPx)<br><br>**JUDGMENT** |

|   |   |
|---|---|
| 1 | It is hereby ordered and adjudged that plaintiff Raul Uriarte-Limon shall have monetary |
| 2 | JUDGMENT in his favor and against defendants James E. Hundley, Lois A. Hundley, and |
| 3 | Extreme Backyard Designs, Inc. for $11, 511.50. |

Dated:  October 30, 2020

_____
Jesus G. Bernal
UNITED STATES DISTRICT JUDGE